UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ENVIROGEN TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiff,

v.

CH2M HILL PLATEAU REMEDIATION COMPANY, INC., a Washington corporation,

    Defendant.

NO. CV-12-5149-RHW

**ORDER GRANTING STIPULATION FOR DISMISSAL**

Before the Court is the parties' Stipulation for Dismissal, ECF No. 35. The parties ask the Court to dismiss all claims against all parties, including counterclaims, in the above-entitled action with prejudice and without costs or attorneys' fees to any party.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal, ECF No. 35, is **GRANTED**.
2. All claims asserted in the above-captioned case, including counterclaims, are **dismissed** against all parties with prejudice and without costs

///
///
///
///
///

**ORDER GRANTING STIPULATION FOR DISMISSAL** ~ 1

or attorneys' fees to any party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order, provide copies to counsel, and close the file.

**DATED** this 24th day of April, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\RHW\aCIVIL\2012\Envirogen\Dismissal.ord.wpd

**ORDER GRANTING STIPULATION FOR DISMISSAL ~ 2**